# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **ERIC J. ARNOLD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-3040 |
| | ) | |
| **KILOLO KIJAKAZI, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

**SUE E. MYERSCOUGH, United States District Judge:**

Before the Court is Plaintiff Eric J. Arnold's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. 19].

Attached to the Plaintiff's Motion are Exhibits in support, including the Attorney's Statement; Time Log; Affidavit of Law Firm Controller; Attorney Biography; and Plaintiff-Attorney Fee Contract.

The Defendant Commissioner has filed a Response [Doc. 21] stating it does not object to Plaintiff's Motion for Award of Attorney's Fees and Expenses in the amount of $3,009.00.

Therefore, Plaintiff Eric J. Arnold's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), [d/e 19] is GRANTED.

Plaintiff is awarded $3,009.00 in attorney's fees and expenses in full satisfaction of any and all claims for attorney's fees and expenses that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412; and any fees belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States, <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the Government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly assigned by Plaintiff and counsel.

ENTER: May 23, 2022

<u>/s/ Sue E. Myerscough</u>
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE